Magistrate Judge Michelle L. Peterson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTIANA AUSTIN<br><br>Defendant. | CASE NO.  MJ21-545<br><br>COMPLAINT for VIOLATIONS OF<br><br>Title 18, United States Code, Sections 1343, 2 |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

## (Wire Fraud)

On or about July 26, 2020, at Bellevue, in the Western District of Washington and elsewhere, CHRISTIANA AUSTIN, the defendant, knowingly devised and intended to devise a scheme and artifice to defraud the United States, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises, and attempted to do so.

A. <u>Manner and Means</u>

1. It was part of the scheme to defraud that AUSTIN submitted, or caused to be

COMPLAINT/*United States v. Austin, Christiana* - 1
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

submitted, a fraudulent loan application to the U.S. Small Business Administration ("SBA"), seeking $126,500 in funds through the COVID-19 Economic Injury Disaster Loan ("EIDL") program, on behalf of Christiana Lingerie LLC ("Christiana Lingerie").

2. In support of Christiana Lingerie's fraudulent loan application, AUSTIN made numerous false and misleading statements, including, but not limited to: (a) Christiana Lingerie was a Non-Profit Organization; (b) the twelve months prior to January 31, 2020, Christiana Lingerie received $854,000 in gross revenues; (c) Christiana Lingerie's primary address was 1529 145th Place SE, Bellevue, WA; (d) Christiana Lingerie was established on or about April 8, 2014; (e) Christiana Lingerie employed 13 individuals as of January 31, 2020.

B. Execution

On or about July 26, 2020, at Bellevue, in the Western District of Washington and elsewhere, AUSTIN, for the purpose of executing the scheme described above transmitted and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit, an interstate wire from Washington State to Iowa, the location of the servers that receive and process EIDL applications on behalf of the SBA.

## COUNT TWO

### (Wire Fraud)

On or about July 26, 2020, at Bellevue, in the Western District of Washington and elsewhere, AUSTIN, the defendant, knowingly devised and intended to devise a scheme and artifice to defraud the United States, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises, and attempted to do so.

A. Manner and Means

1. It was part of the scheme to defraud that AUSTIN submitted, or caused to be submitted, an electronic Loan Agreement containing a materially false statement to the SBA, seeking $126,500 in funds through the EIDL program, on behalf of

COMPLAINT/*United States v. Austin, Christiana* - 2
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Christiana Lingerie LLC.

2. AUSTIN certified under penalty of perjury that "I am authorized to apply for and obtain a disaster loan on behalf of the Borrower [Christiana Lingerie LCC] in connection with the effects of the COVID-19 emergency." In fact, Austin was not authorized to apply for and obtain a disaster loan on behalf of Christiana Lingerie LLC because it was not in operation on January 31, 2020, as required by the EIDL program. By electronically signing the Loan Agreement, AUSTIN acknowledged that "any false statements or misrepresentations to SBA may result in criminal, civil, or administrative sanctions including, but not limited to: 1) fines, imprisonment or both…"

B. Execution

On or about July 26, 2020, at Bellevue, in the Western District of Washington and elsewhere, AUSTIN, for the purpose of executing the scheme described above transmitted and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit, an interstate wire, from Bellevue, Washington to Chicago, Illinois, Seattle, WA, and Richardson, Texas, the location of the servers that receive and process EIDL loan closing documents on behalf of the SBA.

## COUNT THREE

### (Wire Fraud)

On or about July 26, 2020, at Bellevue, in the Western District of Washington and elsewhere, AUSTIN, the defendant, knowingly devised and intended to devise a scheme and artifice to defraud the United States, and to obtain money and property by means of material false and fraudulent pretenses, representations and promises, and attempted to do so.

A. Manner and Means

1. It was part of the scheme to defraud that AUSTIN caused to be transferred, an interstate wire of $126,400 from the SBA to a personal account at Financial Services Technology Company 1 in the name of AUSTIN.

COMPLAINT/*United States v. Austin, Christiana* - 3
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

B. Execution

On or about July 27, 2020, at Bellevue, in the Western District of Washington and elsewhere, AUSTIN, for the purpose of executing the scheme described above transmitted and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit, an interstate wire from Denver, Colorado, to Bellevue, Washington, in the amount of $126,400 from the SBA's bank account to AUSTIN's personal account at Financial Technology Company 1.

All in violation of Title 18, United States Code, Sections 1343 and 2.

I, ERIC HUNTER, being first duly sworn on oath, depose and say:

1. I am a Special Agent for the U.S. Small Business Administration, Office of Inspector General ("SBA-OIG"), Federal Way, WA Field Office. I have been employed as a Special Agent of the SBA-OIG since December 2017. I have received basic federal law enforcement training, including at the Federal Law Enforcement Training Center, as well as other specialized federal law enforcement training. I have investigated violations of federal statutes, including wire fraud, mail fraud, money laundering, conspiracy and theft of government and public money. I have been a sworn law enforcement officer during all times herein.

2. The information contained in this Complaint is the result of my own investigation as well as information provided to me by others, including other investigators and law enforcement officers. In each instance when I recite information from such others, I have gained that information either by talking directly to such investigators and law enforcement officers or reviewing written reports of their investigation, or both. This Complaint accurately summarizes some of the evidence I discovered during my investigation; it does not, however, contain every detail known to me about the investigation.

**FACTS ESTABLISHING PROBABLE CAUSE**

*The Economic Injury Disaster Loan Program*

COMPLAINT/*United States v. Austin, Christiana* - 4
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.      The EIDL program is an SBA program that provides low-interest financing to small businesses, renters, and homeowners in regions affected by declared disasters.

4.      The Coronavirus Aid, Relief, and Economic Security ("CARES") Act is a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who are suffering the economic effects caused by the COVID-19 pandemic. The CARES Act authorized the SBA to provide EIDLs of up to $2 million to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic. In addition, the CARES Act authorized the SBA to issue advances of up to $10,000 to small businesses within three days of applying for an EIDL. The amount of the advance is determined by the number of employees the applicant certifies having. The advances do not have to be repaid.

5.      In order to obtain an EIDL and advance, a qualifying business must submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. In the case of EIDLs for COVID-19 relief, the 12-month period was that preceding January 31, 2020. The applicant must also certify that all the information in the application is true and correct to the best of the applicant's knowledge.

6.      EIDL applications are submitted directly to the SBA and processed by the agency with support from a government contractor. The amount of the loan, if the application is approved, is determined based, in part, on the information provided by the application about employment, revenue, and cost of goods, as described above. Any funds issued under an EIDL, or advance are issued directly by the SBA. At the time of the scheme, EIDL funds could be used for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments.

*The Defendant and Other Relevant Information*

7.      CHRISTIANA AUSTIN is a United States citizen residing in Bellevue, Washington. AUSTIN was employed as a caterer at Lish food in Seattle, WA.

COMPLAINT/*United States v. Austin, Christiana* - 5
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Christiana Lingerie LLC ("Christiana Lingerie") is a company AUSTIN claimed to have established in 2014 that was located at her apartment in Bellevue, Washington.

*Overview of the Fraud*

9. As described further below, evidence gathered in the investigation demonstrates that, from in or around July 2020, AUSTIN submitted, or caused to be submitted, a fraudulent loan application and loan agreement to the SBA in order to fraudulently obtain funds through the EIDL program.

10. In connection with this fraud, AUSTIN submitted, or caused to be submitted, the following fraudulent loan applications:

| Applicant | Amount Sought | Lender | Approx. Date of Application | Status |
|---|---|---|---|---|
| Christiana Lingerie LLC | $126,500 | SBA | 7/26/20 | Approved |

11. AUSTIN distributed fraudulently obtained EIDL proceeds to herself.

*Fraudulent EIDL Application Submitted on Behalf of Christiana Lingerie LLC*

12. According to records obtained from the SBA, on July 26, 2020, AUSTIN applied to the SBA for an EIDL on behalf of Christiana Lingerie in the amount of $126,500 via the SBA's online application portal. AUSTIN accessed the SBA online portal from a unique Internet Protocol ("IP") address owned by AT&T Wireless, a provider of wireless phone services. The same day the online application was submitted to the SBA, the same unique IP address was used to login to a personal email account owned and controlled by AUSTIN, kashmere2424@gmail.com. The phone number provided on the online application, (206) 495-3138, is a known phone number associated with AUSTIN and owned by AT&T Wireless.

COMPLAINT/*United States v. Austin, Christiana* - 6
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. Based on records obtained from the SBA, AUSTIN electronically signed the EIDL Application on July 26, 2020. The EIDL Application falsely represented the following information about Christiana Lingerie:

    a. That it had 13 employees;

    b. That its gross revenue for the twelve months prior to the date of the disaster (January 31, 2020) was $854,000;

    c. That it was a Non-Profit organization

    d. That its cost of goods sold for the twelve months prior to the date of the disaster (January 31, 2020) was $452,000;

    e. That it lost $452,000 in rental property income as a result of the disaster;

    f. That the business was established on April 8, 2014;

    g. That it was an agricultural enterprise with less than 500 employees.

14. The government's investigation has revealed that Christiana Lingerie's EIDL application contained materially false and misleading information.

    a. A search of the Washington Secretary of State public website shows the agency has no records related to Christiana Austin LLC.

    b. Based on records obtained from the Washington State Department of Revenue ("DOR"), AUSTIN had several expired business licenses at the time of the EIDL application. On or about August 31, 2020, after AUSTIN submitted the EIDL application, AUSTIN applied for and received a sole proprietorship account with the DOR for Impeccable Beauty, a business located at 1529 145th PL SE, Apt K7, Bellevue, WA. This address is the primary residence of AUSTIN and the purported location of Christiana Lingerie.

    c. Based on records obtained from the King County Housing Authority ("KCHA"), on or about October 9, 2019, AUSTIN submitted a "Certification Form" in support of her application for Section 8 government housing assistance. On the application, AUSTIN claimed she did not have self-

COMPLAINT/*United States v. Austin, Christiana* - 7
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

employment income or employment income. AUSTIN listed her phone number as (206) 495-3138, the same number listed on the EIDL application.

  d. In February 2020, AUSTIN reported to the KCHA that she was hired as a caterer by Lish Food in Seattle, WA in January 2020. AUSTIN was making approximately $20 per hour. The Office Manager at Lish Food confirmed AUSTIN's employment.

  e. Based on records obtained from the Washington State Department of Social and Health Services ("DSHS") AUSTIN reported in March 2020 that she was hired by Lish Catering in January 2020 with an average income of $677.25 per month. AUSTIN did not report any other forms of income. On or about October 22, 2019, AUSTIN applied for cash benefits for herself and her son. AUSTIN claimed to have a gross monthly income of $450.00 per month.

//
//

COMPLAINT/*United States v. Austin, Christiana* - 8
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

15. Based on the above facts, I respectfully submit that there is probable cause to believe that CHRISTIANA AUSTIN did willfully and knowingly conspire, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property under the custody of financial institutions by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Sections 1343 and 2.

Eric Hunter, Complainant
Special Agent, SBA-OIG

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit, and based on the Complaint and Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 6th day of October, 2021.

Hon. Michelle L. Peterson
United States Magistrate Judge

COMPLAINT/*United States v. Austin, Christiana* - 9
Case No.

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970